IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. AND H. LUNDBECK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>HETERO USA, INC., HETERO DRUGS, LTD., HETERO LABS, LTD., UNIT-V HETERO LABS, LTD. and HONOUR LAB LTD.,<br><br>Defendants. | Civ. Action No. 19-cv-1954-LPS |

**DEFENDANT HONOUR LAB LTD.'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT AGAINST DEFENDANT
HONOUR PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Honour Lab Ltd. moves to dismiss all counts of the Complaint (D.I. 1) filed by the plaintiffs, Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S ("Plaintiffs"), with prejudice with respect to defendant Honour. The grounds for this motion are set forth in the Opening Brief in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) of Defendant Honour Lab Ltd., filed herewith.

Dated: January 21, 2020

OF COUNSEL:

Dmitry V. Shelhoff
PERGAMENT & CEPEDA LLP
89 Headquarters Plaza
North Tower, 14th Floor
Morristown, NJ 07960
(973) 998-7722
dshelhoff@pergamentcepeda.com

　/s/ Kenneth L. Dorsney　
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Counsel for Defendant Honour Lab Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. AND H. LUNDBECK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>HETERO USA, INC., HETERO DRUGS, LTD., HETERO LABS, LTD., UNIT-V HETERO LABS, LTD. and HONOUR LAB LTD.,<br><br>Defendants. | Civ. Action No. 19-cv-1954-LPS |

**[PROPOSED] ORDER GRANTING DEFENDANT HONOUR LAB LTD.'S MOTION TO DISMISS PLAINIFF'S COMPLAINT AGAINST DEFENDANT HONOUR PURSUANT TO FED. R. CIV. P. 12(b)(6)**

The Court having reviewed the submissions regarding Defendant Honour Lab Ltd.'s Motion to Dismiss the Complaint (D.I. 1) for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6), it is hereby ORDERED:

Defendant's Motion to Dismiss for Failure to State a Claim is GRANTED and the caption is amended to delete defendant Honour.

**SO ORDERED** this _____ day of _____, 2020.

_____
United States District Court Judge, Chief