**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 16, 2020

The Honorable Leonard P. Stark  **VIA ELECTRONIC FILING**
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:  *Otsuka Pharmaceutical Co., Ltd., et al. v. Zenara Pharma Private Ltd., et al.,*
C.A. Nos. 19-1938, 1939, 1952, 1954-1956, 1964, 1965, 1977, 1987, 1988, 2006-2009, 2024, 2065, and 2080-LPS

Dear Chief Judge Stark:

Following up on our October 2, 2020 status conference in the above actions, the parties jointly submit the accompanying (separately docketed) proposed scheduling order for the Court's consideration. We note that the order contains a blank requiring the selection of a date for the claim construction hearing in paragraph 14. The order otherwise does not contain any disputed issues needing resolution, and if acceptable to Your Honor, it is ready for entry at the Court's convenience.

Respectfully,

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)

ACM/nlm

cc:  All Counsel of Record (via electronic mail; w/proposed order)

{01618091;v1 }